AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
| Anderson Alberto SEVILLANO-PIRAQUENO | ) Case No. EP:25-M-00753-ATB |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Anderson Alberto SEVILLANO-PIRAQUENO,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

8 U.S.C. 1325 (a) (1): being an alien to the United States, knowingly enter and attempt to enter the United States at a time and place other than as designated by immigration officers.

The facts are more fully described in the attached affidavit, herein incorpotaed by reference as Attachment A.

Date: 02/25/2025

*Issuing officer's signature*

City and state: EL PASO, TEXAS

Anne T. Berton, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 02-25-2025, and the person was arrested on *(date)* 03-17-2025
at *(city and state)* Arlington, Virginia.

Date: 03-18-2025

*Arresting officer's signature*

Lionel Licon BPA-I
*Printed name and title*

Warrant sworn to telephonically on
February 25, 2025 at 06:22 PM and signed
electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**