|  | TYPE OF HEARING: R5 |
|---|---|
|  | CASE NUMBER: 1:25-mj-187 |
|  | MAGISTRATE JUDGE: Ivan D. Davis |
|  | DATE: 3/18/2025 |
|  | TIME: 2:04 – 2: 14 p.m. |
| EASTERN DISTRICT OF VIRGINIA | DEPUTY CLERK: Laura Guerra |
| UNITED STATES OF AMERICA | |
| VS. | |

__Anderson Alberto Sevillano-Piraqueno__

Govt Counsel: Marc Birnbaum

Deft Counsel:   w/o counsel

Duty AFPD:   Nate Wenstrup

Interpreter:   Spanish: Teresa Roman

Deft informed of rights, charges, and penalties ( x )
Deft informed of rights, and violations (   )
Court to appoint counsel:(x) FPD (x) CJA ( ) Conflict List ( )
Counsel for the parties and the defendant were orally advised of the disclosure obligations set forth in Brady v. Maryland, 373 U.S. 83 (1963) and its progeny (x)

Deft request's identity hearing in this district.

Gov't is not seeking detention. Deft remanded pending detention hearing.

**NEXT COURT APPEARANCE:**

**3/20/2025 2pm  DH/Identity Hearing**

**IDD**